# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felisha Diaz<br>    Debtor<br><br>M&T Bank<br>    Movant<br>    vs.<br><br>Felisha Diaz<br>    Respondent | CHAPTER 13<br><br><br><br><br>NO. 18-12783 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of M&T Bank to Confirmation of Chapter 13 Plan, which was filed with the Court on or about July 9, 2018 (Document No. 13).

                                                      Respectfully submitted,

                                                      **/s/ Kevin G. McDonald, Esquire**
                                                      Kevin G. McDonald, Esquire
                                                      Attorney for Movant
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      215-627-1322

September 25, 2018