## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Felisha Diaz ) </br> Debtor ) </br> ) </br> ) | Chapter 13 </br></br> No. 18-12783-JKF |

### CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                          /s/David M. Offen  
                                                          David M. Offen  
                                                          Attorney for Debtor

Date: 12/11/18