United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Felisha Diaz  
     Debtor

Case No. 18-12783-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: Dec 12, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db              +Felisha Diaz,    5019- 21 Duffield Street,    Philadelphia, PA 19124-1332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
     DAVID M. OFFEN    on behalf of Debtor Felisha  Diaz dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
     WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                                 TOTAL: 6

IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Felisha Diaz ) Chapter 13
      Debtor )
) 18-12783-JKF
)
)

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application, Docket Entry No. 27, for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $3,500.00 may be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

**Date: December 12, 2018**

DATED:                        HONORABLE JEAN K. FITZSIMON
                                    UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Interim Trustee

David M. Offen, Esquire