IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Felisha Diaz | : | No. 18-12783-JKF |
| Debtor |  |  |

ANSWER TO MOTION OF M&T BANK
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted some payments were missed. Debtor asks for a chance to get caught up.

7. Debtor opposes the same.

8. Debtor is uncertain of the amount

9. Denied. Debtor owes $40.00.

10. Denied.

11. Admitted.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 12/20/18