```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                          :      CHAPTER 13
    Felisha Diaz                   :      No. 18-12783-JKF
        Debtor                     :
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on December 20, 2018 on the Chapter 13 Interim Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

Kevin McDonald on behalf of M&T Bank
bkgroup@kmllawgroup.com

```
                                   /s/ David M. Offen
                                   David M. Offen Esq.
                                   Attorney for Debtor
                                    601 Walnut Street
                                   Suite 160 West
                                   Philadelphia, PA 19106
                                   215-625-9600
```

12/20/18