United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Felisha Diaz  
    Debtor

Case No. 18-12783-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2    Date Rcvd: Nov 06, 2019  
    Form ID: pdf900    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.

```
db             +Felisha Diaz,   5019- 21 Duffield Street,   Philadelphia, PA 19124-1332
14097059       +Brown & Associates,   One Liberty Place,   1650 Market Street  Suite 3600,
                Philadelphia, PA 19103-7334
14097060       +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
14097061       +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14104999       +M&T Bank,   c/o KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
14097065       +Mohela/Dept of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14097066       +PGW,   Credit and Collections Department,   800 W. Montgomery Avenue, 3rd Floor,
                Philadelphia, PA 19122-2806
14098686       +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:16     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:49
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:13     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14097058       +E-mail/Text: broman@amhfcu.org Nov 07 2019 03:54:07     American Heritage Fcu,
                2060 Red Lion Rd,   Philadelphia, PA 19115-1699
14210539        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:16     City of Philadelphia,
                Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
14129983        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:50:01
                LVNV Funding, LLC its successors and assigns as,   assignee of Santander Consumer USA,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14128040        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:06
                LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14097062       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:05
                LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
14097063        E-mail/Text: camanagement@mtb.com Nov 07 2019 03:53:45     M & T Bank,   Attn: Bankruptcy,
                Po Box 844,   Buffalo, NY 14240
14131940        E-mail/Text: camanagement@mtb.com Nov 07 2019 03:53:45     M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
14108735       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
14097064       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01     Midland Funding,
                2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14130148       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2019 03:54:08     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14097067       +E-mail/Text: bankruptcy@sw-credit.com Nov 07 2019 03:54:03     Southwest Credit Systems,
                4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
                                                                                               TOTAL: 14
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Nov 06, 2019
                              Form ID: pdf900              Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Felisha  Diaz dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

FELISHA   DIAZ

                                                                          : Chapter 13

        Debtor(s)                                         : Bankruptcy No. 18-12783JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: November 6, 2019**

Jean K. FitzSimon, B. J.